WILLIAM J. SHEPARD, as Administrator, etc., Appellant, *v.* URI S. GILBERT et al., as Executors, etc., Respondents.

(Argued June 10, 1889; decided June 25, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 17, 1888, which affirmed a judgment in favor of defendants, entered on the report of a referee.

*Elon R. Brown* for appellant.

*A. H. Sawyer* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

LILIAN MEEHAN, an Infant, by SARAH MEEHAN, her Guardian, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued June 12, 1889; decided June 25, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 9, 1887, which affirmed a judgment in favor of the plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Edward S. Rapallo* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.